# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1099
Lower Tribunal No. 15-15587
_____

**Ricardo Garcia,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Ricardo Garcia, in proper person.

DeLuca Law Group, PLLC, and Joseph G. Paggi III (Fort Lauderdale), for appellee.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.